## IN THE MATTER OF GEORGE MELDRUM,
## AN ABSENT GRAND JUROR

### 1811

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* *p. 343
2. Cause shown; excused . . . . . . . . . . . " 389

#### PAPERS IN FILE

[None]

## IN THE MATTER OF NICHOLAS GOUIN,
## AN ABSENT GRAND JUROR

### 1811

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* *p. 343

#### PAPERS IN FILE

[None]